UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

T.P.H., et al.

Plaintiffs,

v.

MARKWAYNE MULLIN.

Defendants.

No. 1:25-cv-13736-BEM

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Notice is hereby given that Assistant United States Attorney Rayford Farquhar withdraws his appearance as counsel for the United States in the above-captioned matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: November 24, 2026

By: */s/ Rayford A. Farquhar*

RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: rayford.farquhar@usdoj.gov